# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION

        Plaintiff,

        v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY; UNITED STATES
IMMIGRATION AND CUSTOMS
ENFORCEMENT; DEPARTMENT OF
HOMELAND SECURITY OFFICE OF
INSPECTOR GENERAL

        Defendants.

Civil Action No._____

## CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

        I, the undersigned, counsel of record for Plaintiff American Civil Liberties Union (the "ACLU"), certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of the ACLU which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may

determine the need for recusal.

Dated: Washington, D.C.
      June 25, 2008

                                          Respectfully submitted,

*Of Counsel:*                     By: _____

                                 Margaret K. Pfeiffer (D.C. Bar No. 358723)
    Natalie N. Kuehler              Lee Ann McCall (D.C. Bar No. 445740)
    Benjamin R. Walker           1701 Pennsylvania Avenue, N.W.
    125 Broad Street               Washington, D.C.  20006-5805
    New York, NY  10004          Tel.(202) 956-7500
    Tel. (212) 558-4000          Fax (202) 956-6330
    Fax (212) 558-3588

    Tom-Tsvi M. Jawetz
    American Civil Liberties
    Union Foundation
    National Prison Project
    915 15th Street, NW
    Washington, DC  20005
    Tel. (202) 393-4930
    Fax (202) 393-4931

    Judy Rabinovitz
    American Civil Liberties
    Union Foundation
    Immigrants' Rights Project
    125 Broad Street
    New York, NY  10004
    Tel. (212) 549-2500
    Fax (212) 549-2654