IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; DEPARTMENT OF HOMELAND SECURITY OFFICE OF INSPECTOR GENERAL<br><br>    Defendants. | Civil Action No. 1:08-cv-01100 |

### MOTION FOR ADMISSION PRO HAC VICE FOR TOM-TSVI M. JAWETZ

1.   Pursuant to Local Rule 83.2, Movant Lee Ann Anderson McCall, on behalf of Plaintiff American Civil Liberties Union, moves the Court for the entry of an Order admitting Tom-Tsvi M. Jawetz, Esq. *pro hac vice* for purposes of representing Plaintiff *pro se* in this matter.

2.   Mr. Jawetz is the immigration detention staff attorney for the American Civil Liberties Union Foundation National Prison Project. He is a member in good standing of each Bar to which he is admitted and he has never been disciplined. The Declaration of Mr. Jawetz is attached hereto.

3.   Ms. McCall is admitted to practice before this Court.

Dated: Washington, D.C.
       June 30, 2008

Respectfully submitted,

By: /s/ Lee Ann Anderson McCall
Lee Ann Anderson McCall (D.C. Bar No. 445740)
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-5805
Tel.(202) 956-7500
Fax (202) 956-6330

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; DEPARTMENT OF HOMELAND SECURITY OFFICE OF INSPECTOR GENERAL<br><br>Defendants. | Civil Action No._____ |

## DECLARATION OF TOM-TSVI M. JAWETZ

1.      I am the immigration detention staff attorney for the National Prison Project of the American Civil Liberties Union Foundation. I am representing Plaintiff American Civil Liberties Union in this matter. My office is located at 915 15th Street NW, 7th Floor, Washington, DC 20005. My telephone number is (202) 393-4930.

2.      I was admitted to the Bar of the State of New York in 2004. I was admitted to the Bar of the District of Columbia in 2006.

3.      I have not been admitted *pro hac vice* in this Court within the last two years.

- 2 -

4.  I am a member in good standing of each Bar to which I am admitted, and I have never been disciplined.

5.  I am engaged in the practice of law from an office located in the District of Columbia and I am a member of the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 24th day of June, 2008.

_____
Tom-Tsvi M. Jawetz, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; DEPARTMENT OF HOMELAND SECURITY OFFICE OF INSPECTOR GENERAL<br><br>    Defendants. | Civil Action No. 1:08-cv-01100 |

## [PROPOSED] ORDER

The foregoing application of Tom-Tsvi M. Jawetz for admission to practice in this action *pro hac vice* is hereby granted. IT IS SO ORDERED this _____ day of _____, 2008.

_____
Hon. Reggie B. Walton
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2008, I caused to be served copies of the foregoing Motion for Admission Pro Hac Vice, Proposed Order and Certification on the following persons by first class mail:

United States Department of Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528
*Defendant*

United States Immigration and Customs Enforcement
Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528
*Defendant*

Department of Homeland Security Office of Inspector General
Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528
*Defendant*

Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

United States Attorney for the District of Columbia
555 4th Street, NW
Washington, D.C. 20530

Respectfully submitted,

By: _____
Lee Ann Anderson McCall (D.C. Bar No. 445740)
*Attorney for Plaintiff*