IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; DEPARTMENT OF HOMELAND SECURITY OFFICE OF INSPECTOR GENERAL<br><br>   Defendants. | Civil Action No. 1:08-cv-01100 |

### MOTION FOR ADMISSION PRO HAC VICE FOR JUDY RABINOVITZ

1.   Pursuant to Local Rule 83.2, Movant Lee Ann Anderson McCall, on behalf of Plaintiff American Civil Liberties Union, moves the Court for the entry of an Order admitting Judy Rabinovitz, Esq. *pro hac vice* for purposes of representing Plaintiff *pro se* in this matter.

2.   Ms. Rabinovitz is senior staff attorney for the American Civil Liberties Union Foundation Immigrants' Rights Project. She is a member in good standing of each Bar to which she is admitted and he has never been disciplined. The Declaration of Ms. Rabinovitz is attached hereto.

3.   Ms. McCall is admitted to practice before this Court.

Dated: Washington, D.C.
      June 30, 2008

                                            Respectfully submitted,

                                            By: _____
                                            Lee Ann Anderson McCall (D.C. Bar No.
                                            445740)
                                            1701 Pennsylvania Avenue, N.W.
                                            Washington, D.C.  20006-5805
                                            Tel.(202) 956-7500
                                            Fax (202) 956-6330

                                            *Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; DEPARTMENT OF HOMELAND SECURITY OFFICE OF INSPECTOR GENERAL<br><br>    Defendants. | Civil Action No._____ |

## DECLARATION OF JUDY RABINOVITZ

1.   I am senior staff counsel for the Immigrants' Rights Project of the American Civil Liberties Union Foundation. I am representing Plaintiff American Civil Liberties Union in this matter. My office is located at 125 Broad Street, 18th Floor, New York, New York, 10004. My telephone number is (212) 549-2618.

2.   I was admitted to the Bars of the State of New York and the United States District Courts for the Eastern District of New York and the Southern District of New York in 1986. I was admitted to the Bar of the Supreme Court of the United States in 1990. I was admitted to the Bar of the United States Court of Appeals for the Third Circuit in 1996. I was admitted to the Bar of the United States Court of Appeals for the Second Circuit in 1997. I was admitted to the Bars of the United States District Court for the

District of Colorado and the United States Court of Appeals for the District of Columbia in 1998. I was admitted to the Bars of the United States Courts of Appeals for the Ninth and Tenth Circuits in 1999. I was admitted to the Bars of the United States Courts of Appeals for the First and Eighth Circuits in 2000. I was admitted to the Bar of the United States Court of Appeals for the Fourth Circuit in 2001. I was admitted to the Bar of the United States Court of Appeals for the Sixth Circuit in 2002. I was admitted to the Bar of the Appellate Divisions of the Supreme Court of New York and the United States Court of Appeals for the Fifth Circuit in 2006.

3. I have not been admitted *pro hac vice* in this Court within the last two years.

4. I am a member in good standing of each Bar to which I am admitted, and I have never been disciplined.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 24th day of June, 2008.

_____
Judy Rabinovitz, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY; UNITED STATES
IMMIGRATION AND CUSTOMS
ENFORCEMENT; DEPARTMENT OF
HOMELAND SECURITY OFFICE OF
INSPECTOR GENERAL

    Defendants.

Civil Action No. 1:08-cv-01100

## [PROPOSED] ORDER

The foregoing application of Judy Rabinovitz for admission to practice in this action *pro hac vice* is hereby granted.  IT IS SO ORDERED this _____ day of _____, 2008.

_____
Hon. Reggie B. Walton
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2008, I caused to be served copies of the foregoing Motion for Admission Pro Hac Vice, Proposed Order and Certification on the following persons by first class mail:

United States Department of Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528
*Defendant*

United States Immigration and Customs Enforcement
Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528
*Defendant*

Department of Homeland Security Office of Inspector General
Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528
*Defendant*

Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

United States Attorney for the District of Columbia
555 4th Street, NW
Washington, D.C. 20530

Respectfully submitted,

By: _____
Lee Ann Anderson McCall (D.C. Bar No. 445740)
*Attorney for Plaintiff*