# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION

        Plaintiff,

v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY; UNITED STATES
IMMIGRATION AND CUSTOMS
ENFORCEMENT; DEPARTMENT OF
HOMELAND SECURITY OFFICE OF
INSPECTOR GENERAL

        Defendants.

C.A. No.1:08-cv-01100-RBW

City of Washington    )
                             :
District of Columbia  )

**AFFIDAVIT OF SERVICE**

I, Michael J. Kwak, hereby declare that on the 27th day of June, 2008, I initiated service upon the United States Department of Homeland Security, by sending, via certified mail, return receipt requested, copies of the summons and complaint to the Office of the General Counsel, U.S. Department of Homeland Security, Washington, D.C. 20528. I further declare that I received a receipt attesting to the receipt of the summons and complaint by the Office of the General Counsel, U.S. Department of Homeland Security on the 30th day of June, 2008. Attached to this affidavit are a copy

of the summons, the return receipt from the recipient, and a copy of the printout of the United States Postal Service certified mail confirmation of delivery.

/s/ Michael J. Kwak
Michael J. Kwak
1701 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
(202) 956-7500

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

AMERICAN CIVIL LIBERTIES UNION

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; DEPARTMENT OF HOMELAND SECURITY OFFICE OF THE INSPECTOR GENERAL

Case: 1:08-cv-01100
Assigned To : Walton, Reggie B.
Assign. Date : 6/25/2008
Description: FOIA/Privacy Act

TO: (Name and address of Defendant)

U.S. Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Margaret Pfeiffer, Esq.
1701 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 956-7500

an answer to the complaint which is served on you with this summons, within _30_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUN 2 5 2008

CLERK                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | June 30, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Michael J. Kwak | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served via certified mail addressed to Department of Homeland Security c/o Office of the General Counsel U.S. Department of Homeland Security, Washington, D.C. 20528 (See attached receipt)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 29, 2008      /s/ Michael J. Kwak
             Date                Signature of Server

             1701 Pennsylvania Ave. NW, Suite 800
             Address of Server
             Washington, D.C. 20006

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

(1) U.S. Department of Homeland Security
(2) U.S. Immigration & Customs Enforcement
(3) Office of the Inspector General
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Margaret Pfeiffer
1701 Pennsylvania Ave., NW
Suite 800
Washington, D.C. 20006



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 2560 0000 7172 2415**
Status: **Delivered**

Your item was delivered at 7:46 AM on June 30, 2008 in WASHINGTON, DC 20528.

**Track & Confirm**
Enter Label/Receipt Number.

Additional Details >    Return to USPS.com Home >

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA      

