IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION<br>   125 Broad Street<br>   New York, NY 10004,<br><br>               Plaintiff,<br><br>         v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; DEPARTMENT OF HOMELAND SECURITY, OFFICE OF THE INSPECTOR GENERAL,<br>   Department of Homeland Security<br>   Office of the General Counsel<br>   Mail Stop 3650<br>   245 Murray Lane, SW<br>   Washington, DC  20528<br><br>               Defendants. | : | Civil Action No. 08-1100<br>(RBW) |

## JOINT REPORT TO THE COURT

The parties, by their undersigned attorneys, hereby submit this joint report to the Court in accordance with the Court's August 13, 2008 General Order, footnote four.

This is a Freedom of Information Act (FOIA) suit, exempt from Local Rule 16.3. Defendants are currently still processing documents responsive to Plaintiff's FOIA request. The parties have agreed to wait until this processing has been completed before setting a briefing schedule, as Plaintiff will need time after receiving all responsive records to determine the extent to which Plaintiff will challenge the scope of Defendants' search or any withholdings of information by Defendants under FOIA's exemptions.

Accordingly, the parties have agreed to the following proposed schedule:

(1) By November 14, 2008, the Office of Inspector General for the Department of Homeland Security (DHS) will complete the processing and production of any releasable documents responsive to Plaintiff's June 27, 2007 FOIA request and will provide Plaintiff with a schedule of when documents referred to other components of DHS will be processed and any releasable documents produced;

(2) By November 14, 2008, the United States Immigration and Customs Enforcement (ICE) will complete the processing and production of any releasable documents referred to ICE;

(3) The parties are in discussions as to the scope of the search to be performed by the Office for Civil Rights and Civil Liberties (CRCL), which also has certain records responsive to Plaintiff's request, and anticipate that by November 7, 2008, they will have reached an agreement on the scope of search to be performed;

(4) The parties request that they be allowed to file a further joint report with the Court on or before December 5, 2008, setting forth a further proposed schedule in this case; and

(5) The parties do not believe that it is necessary at this time for the Court to schedule a status hearing in this case.  See General Order, footnote 4 (asking the parties to indicate whether they believe a Court appearance is necessary at this time).

        Respectfully submitted,

        /s/
        JEFFREY A. TAYLOR
        D.C. Bar #498610
        United States Attorney

2

/s/
RUDOLPH CONTRERAS
D.C. Bar #434122
United States Attorney


 /s/
MARINA UTGOFF BRASWELL
D.C. Bar # 416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7226


Counsel for Defendant


 /s/
 LEE ANN ANDERSON MCCALL
 D.C. Bar # 445740
1701 Pennsylvania Ave., N.W.
Washington, D.C. 20006-5805
Tel. (202) 956-7500
Fax. (202) 956-6330


Counsel for Plaintiff


SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATE:

3