IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION<br>　　125 Broad Street<br>　　New York, NY 10004,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY; UNITED STATES<br>IMMIGRATION AND CUSTOMS<br>ENFORCEMENT; DEPARTMENT OF<br>HOMELAND SECURITY, OFFICE OF THE<br>INSPECTOR GENERAL,<br>　　Department of Homeland Security<br>　　Office of the General Counsel<br>　　Mail Stop 3650<br>　　245 Murray Lane, SW<br>　　Washington, DC  20528<br><br>　　　　　　Defendants. | Civil Action No. 08-1100<br>(RBW) |

## JOINT REPORT TO THE COURT

The parties, by their undersigned attorneys, hereby submit this additional joint report to the Court in accordance with the Court's November 4, 2008 Order.

In this Freedom of Information Act (FOIA) suit, the parties have agreed to continue to wait until Defendants have completed processing of all documents deemed responsive to Plaintiff's June 27, 2007 FOIA request, and <u>Vaughn</u> indices have been produced to Plaintiff, before setting a briefing schedule for dispositive motions, as Plaintiff will need time after receiving all responsive records and the Vaughn indices to

determine the extent to which Plaintiff will challenge the scope of Defendants' search or any withholdings of information by Defendants.

Accordingly, the parties have agreed to the following further proposed schedule:

(1) By January 23, 2009, the Office of Inspector General for the Department of Homeland Security (DHS) will produce to Plaintiff a <u>Vaughn</u> index of all information withheld, in whole or in part, from Plaintiff, with the exception of documents referred to the Department of Justice for processing, which Plaintiff has agreed do not need to be addressed in a <u>Vaughn</u> index**,** and a description of the search undertaken for responsive records;

(2) By December 9, 2008, the United States Immigration and Customs Enforcement (ICE) will complete processing and production of any remaining releasable records responsive to Plaintiff's request, and by January 23, 2009, will produce to Plaintiff a <u>Vaughn</u> index of all information withheld, in whole or in part, from Plaintiff, and a description of the search undertaken for responsive records;

(3) By December 19, 2008, the Office for Civil Rights and Civil Liberties (CRCL) will complete processing and production of releasable records and will inform Plaintiff of any documents referred to other entities for processing, and by January 23, 2009, CRCL will produce to Plaintiff a <u>Vaughn</u> index of all information withheld, in whole or in part, from Plaintiff that was processed by CRCL (the parties previously agreed on the scope of the search to be performed by CRCL, subject to Plaintiff's right to potentially request further processing after reviewing the documents to be produced on December 19);

3

     (4) The parties request that they be allowed to file a further joint report with the Court on or before February 23, 2009, setting forth a further proposed schedule in this case.

Executed on December 5, 2008.

                                                         Respectfully submitted,

                                                         \_\_\_/s/_____
                                                         JEFFREY A. TAYLOR
                                                         D.C. Bar #498610
                                                         United States Attorney

                                                         \_\_\_/s/_____
                                                         RUDOLPH CONTRERAS
                                                         D.C. Bar #434122
                                                         United States Attorney

                                                         \_\_\_/s/_____
                                                         MARINA UTGOFF BRASWELL
                                                         D.C. Bar # 416587
                                                         Assistant United States Attorney
                                                         U.S. Attorney's Office
                                                         555 4th Street, N.W., Civil Division
                                                         Washington, D.C. 20530
                                                         (202) 514-7226

                                                         Counsel for Defendant

        ___/s/_____
        MARGARET K. PFEIFFER
        D.C. Bar # 358723
        1701 Pennsylvania Avenue, N.W.
        Washington, D.C.  20006-5805
        Tel.(202) 956-7500
        Fax (202) 956-6330


        ___/s/_____
        LEE ANN ANDERSON MCCALL
        D.C. Bar # 445740
        1701 Pennsylvania Avenue, N.W.
        Washington, D.C.  20006-5805
        Tel.(202) 956-7500
        Fax (202) 956-6330


        Counsel for Plaintiff



SO ORDERED:        _____
              UNITED STATES DISTRICT JUDGE

DATE:

4