UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HOMELAND SECURITY, et al., )<br>)<br>Defendants. )<br>) | Civil No. 08-1100 RBW |

DEFENDANTS' STATUS REPORT

In the parties' joint status report filed on December 5, 2008 (Docket No. 15), in this Freedom of Information Act case, defendants stated that by January 23, 2009, defendants would produce to plaintiff Vaughn indices from the Department of Homeland Security's Office of Inspector General ("OIG"), the United States Immigration and Customs Enforcement ("ICE") and the Office for Civil Rights and Civil Liberties ("CRCL"). OIG has produced its Vaughn declaration and index to plaintiffs today, but ICE and CRCL need an additional ten business days to complete their Vaughn declarations and index for production to plaintiffs. See Declaration of James W. McNeely (for CRCL); Declaration of Catrina Pavlik-Keenan (for ICE), both of which are attached.

Plaintiff does not oppose this adjustment to the joint status report filed on December 5, 2009.

The parties still intend to file an additional joint report on February 23, 2009, as ordered by this Court on December 15, 2008.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226