IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION<br>    125 Broad Street<br>    New York, NY 10004,<br><br>        Plaintiff,<br><br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY; UNITED STATES<br>IMMIGRATION AND CUSTOMS<br>ENFORCEMENT; DEPARTMENT OF<br>HOMELAND SECURITY, OFFICE OF THE<br>INSPECTOR GENERAL,<br>    Department of Homeland Security<br>    Office of the General Counsel<br>    Mail Stop 3650<br>    245 Murray Lane, SW<br>    Washington, DC  20528<br><br>        Defendants. | Civil Action No. 08-1100<br>(RBW) |

## JOINT REPORT TO THE COURT

The parties, by their undersigned attorneys, hereby submit this additional joint report to the Court in accordance with the Court's December 16, 2008 Order.

In this Freedom of Information Act (FOIA) suit, Defendants have now completed processing and production of all records that Defendants (i) located, (ii) deemed responsive to Plaintiff's June 27, 2007 FOIA request and (iii) deemed releasable under the FOIA.  Defendants have now also produced to Plaintiff <u>Vaughn</u> indices and

declarations describing the searches performed and the information withheld under the FOIA.

In order to resolve this case, the parties propose the following schedule:

(A) by April 6, 2009, Plaintiffs will inform Defendants of the extent to which it seeks to challenge the scope of Defendants' search for responsive records and Defendants' application of FOIA exemptions;

(B) on April 20, 2009, Defendants will file their motion for summary judgment;

(C) on May 20, 2009, Plaintiffs will oppose Defendants' motion and cross-move for summary judgment; and

(D) on June 22, 2009, Defendants will oppose Plaintiff's cross motion and reply to Plaintiff's opposition to Defendants' motion for summary judgment; and

(E) on July 8, 2009, Plaintiff will file its reply.

Plaintiff also expects to file a further motion for attorney fees and litigation costs, which the parties expect to be subject to a separate proposed briefing schedule.

Executed on February 23, 2009.

Respectfully submitted,

\_\_\_/s/_____
JEFFREY A. TAYLOR
D.C. Bar #498610
United States Attorney

\_\_\_/s/_____
RUDOLPH CONTRERAS
D.C. Bar #434122
United States Attorney


\_\_\_/s/_____
MARINA UTGOFF BRASWELL
D.C. Bar # 416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7226


Counsel for Defendant




\_\_\_/s/_____
MARGARET K. PFEIFFER
D.C. Bar # 358723
1701 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-5805
Tel.(202) 956-7500
Fax (202) 956-6330


\_\_\_/s/_____
LEE ANN ANDERSON MCCALL
D.C. Bar # 445740
1701 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-5805
Tel.(202) 956-7500
Fax (202) 956-6330


Counsel for Plaintiff

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATE: