IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION : <br> : <br> Plaintiff : <br> : <br> v. : <br> : <br> UNITED STATES DEPARTMENT OF : <br> HOMELAND SECURITY, et al. : <br> : <br> Defendants. : <br> : | Civil Action No. 08-1100 <br> (RBW) |

## FIFTH SUPPLEMENTAL DECLARATION OF CATRINA PAVLIK-KEENAN

Catrina Pavlik-Keenan, pursuant to 28 U.S.C. § 1746, declares as follows:

1.  I am the Director of the Freedom of Information Act (FOIA)/Privacy Act Office at U.S. Immigration and Customs Enforcement ("ICE") within the Department of Homeland Security ("DHS") (the "ICE FOIA office"). The statements contained in this declaration are based upon my personal knowledge and experience, and information conveyed to me by other ICE employees in the course of my official duties, including the individuals who reviewed the record discussed below related to Plaintiffs' FOIA requests.

2.  On September 9, 2009 my office became aware that Plaintiff had cited an incorrect bates-stamp number in its brief concerning its challenge of ICE's asserted exemptions to this record. ICE learned that the document which Plaintiff seeks to challenge is ICE 08-3457 185-200. My office has also worked with DRO to conduct a

second supplemental review of this record. Based on this review, my office reprocessed ICE 08-3457 record 185-200-and is now releasing this document in full. This document was sent to Plaintiff's counsel via email on September 11, 2009 as well as via FedEx delivery on this date.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

    Executed on this \_\_11th\_\_ day of \_\_September\_\_, 2009.

                                            Catrina M. Pavlik-Keenan
                                            FOIA Officer
                                            Department of Homeland Security