# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-1100 (RBW) |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** the defendants' motion and the plaintiff's cross-motion for summary judgment are **GRANTED IN PART** and **DENIED IN PART**. Specifically, the defendants' motion for summary judgment is denied and the plaintiff's cross-motion is granted with respect to the defendant's reliance on Exemption 5 as ground for withholding a disputed e-mail in its entirety, as well as a final report and expert report related to the death of Ms. Inamagua-Merchan. And, the defendants' cross-motion for summary judgment is granted, and the plaintiff's cross-motion for summary judgment is denied in all other respects. It is further

**ORDERED** that within 90 days of the issuance of this Order, the defendants must either produce redacted versions of the disputed e-mail, as well as the final report and expert report related to the death of Ms. Inamagua-Merchan, or provide more detail to the Court as to how the specific information in these documents are properly withheld under Exemption 5.

2

**SO ORDERED** this 20th day of September, 2010.

                                                                                _____/s/_____
                                                                                REGGIE B. WALTON
                                                                                United States District Judge