UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 08-1100 RBW |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| HOMELAND SECURITY, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

DEFENDANTS' NOTICE OF FILING

Pursuant to this Court's Order dated September 20, 2010, defendants hereby file the following:

(1) December 20, 2010, letter to plaintiff's counsel from Katherine Gallo, Assistant Counsel to the Inspector General, Office of Inspector General, addressing Document No. 105 (disputed e-mail); and

(2) Declaration of Ruby Shellaway, dated December 20, 2010, with attached Vaughn Index, addressing certain documents pertaining to the death of Ms. Inamagua-Merchan.

A supplemental release is being mailed to plaintiff's counsel.

Counsel for defendants will confer with plaintiff's counsel to determine whether this production will require further proceedings in this case, and suggests that the parties be

ordered to file a status report with the Court by January 14,

2011.

                         Respectfully submitted,


                         RONALD C. MACHEN JR.
                         D.C. BAR # 447889
                         United States Attorney
                         for the District of Columbia


                         RUDOLPH CONTRERAS
                         D.C. BAR # 434122
                         Chief, Civil Division


By:    /s/
                         MARINA UTGOFF BRASWELL,
                         D.C. BAR #416587
                         Assistant United States Attorney
                         U.S. Attorney's Office
                         555 4th Street, N.W. – Civil Division
                         Washington, D.C. 20530
                         (202) 514-7226
                         Marina.Braswell@usdoj.gov