ACLU v. DHS (CA# 08-1100)
OIG Exhibits in support of DOJ's Opposition
To ACLU's Motion for an Award of Attorneys' Fees

# Exhibit A
# To
# Declaration of
# Katherine R. Gallo

Ms. Gramian,

I am attempting to send this email to you a third time. My previous two attempts have both bounced back because your mailbox is too full. The FOIA.OIG@dhs.gov mailbox also rejected the email.

In an effort to reduce the size of this email, I am no longer attaching a .pdf of the OIG's Semiannual Report to Congress from April 1, 2006-September 30, 2006. Please ignore the suggestion in the message below that this file is attached. Because this is a public document available on your website, I am sure you will be able to locate the relevant pages without much difficulty.

Please confirm receipt of this email. I look forward to your prompt reply.
Tom

---

**From:** Jawetz, Tom
**Sent:** Wednesday, November 21, 2007 10:24 AM
**To:** 'Nikki.Gramian@dhs.gov'
**Cc:** 'foia.oig@dhs.gov'
**Subject:** FW: OIG-2007-246

Ms. Gramian,

I am resending this email because it bounced back when I sent it on Friday. It does not appear that I mistyped your address, so I do not know why it bounced back. In accordance with your suggestion, I am also copying the OIG FOIA email address.

Thank you in advance for responding promptly to this request.
Tom

---

**From:** Jawetz, Tom
**Sent:** Friday, November 16, 2007 2:53 PM
**To:** 'Nikki.Gramian@dhs.gov'
**Subject:** OIG-2007-246

Ms. Gramian,

Thank you for calling me on Wednesday, November 14, to discuss my outstanding FOIA request. You explained on the phone that this request is complex because the topic is so broad. You stated that when you conducted a search using obvious search terms such as "alien", "death", and "detainee" you got 3000 hits, many of which were unrelated to the request.

You indicated that it would be extremely helpful if I could provide you names or other information to assist you in your search. I indicated that I can provide the names of about two dozen detainees and could direct you to some references to OIG investigations from the OIG's Semi-Annual Reports to Congress.

Finally, you explained that if I only want the Reports of Investigation you will be able to process that in a fast-track basis. I assume this means that in response to my November 5, 2007 letter, you have now concluded that my request warrants expedited treatment. Please let me know if this is incorrect. Unfortunately, you stated that if I wanted the exhibits for all of the Reports of Investigation that would delay the response.

In this email, I am including some material to assist you in your search.

Email #  1
For Exhibit  A

12/7/2007

First, I am including a chart containing the names or other identifying information for 24 detainees who have died since 2004. Although I expect that this will be of significant help to you, I think it is critical to point out that according to ICE, 66 detainees have died during this period. Therefore, while this chart should help to provide you with some names for your search, I am absolutely not abandoning my request for all records pertaining to the deaths of ICE detainees.

<<Chart of Known Deaths in ICE Custody 8.17.07.doc>>

Second, #s 14 and 15 from the above chart were definitely investigated by the OIG, because those investigations were documented in the OIG's Semiannual Report to Congress from April 1, 2006--September 30, 2006 (attached). Page 26 refers to an ICE investigation into a suicide at a county contract facility. Page 27 refers to the death of a Cuban detainee at a contract facility operated by Corrections Corporation of America, Inc.

Third, #10 (the death of Mr. Sung Soo at Passaic County Jail on February 16, 2005) was also investigated by the OIG, according to the OIG's December 2006 Audit Report on Treatment of Immigration Detainees. On page 29 of that Audit Report, the OIG wrote that the OIG Office of Investigations was "reviewing the case to determine whether there was any impropriety by PCJ officials."

Fourth, I am personally aware that the OIG has received written requests to investigate several of the deaths on the chart, including, but not limited to, Reverend Joseph Dantica (#7); Sandra Kenley (#13); Maria Filomena Inamagua Merchan (#16); Abdoullai Sall (#20); and Victor(ia) Arellano (#22).

I hope that this information will assist you in responding to this FOIA request in an expeditious manner. I appreciate your offer to produce--in a fast-track manner--any Reports of Investigations pertaining to detainees who died while in ICE custody. As I explained over the phone, I am willing to accept expedited production of Reports of Investigation, although I would ask that you continue to search for all exhibits to the Reports of Investigation, including any and all Memorandums of Activity. Similarly, I continue to request "All records, including written and electronic correspondence, pertaining to deaths in ICE custody." Hopefully the names that I provided to you will assist you in conducting that search, but I do not want this email to be mistaken as limiting my FOIA request only to Reports of Investigations.

Thank you very much. Please feel free to give me a call if you would like to discuss this further.

Tom


Tom Jawetz
Immigration Detention Staff Attorney
ACLU National Prison Project
915 15th Street NW
7th Floor
Washington, DC 20005
(202) 393-4930 (tel)
(202) 393-4931 (fax)
(202) 548-6610 (direct)

12/7/2007

encouraging reconsideration and her response granting me expedited processing. Please inform me whether the OIG also recognizes that this request meets the requirements and qualifies for expedited processing.

Thanks very much for working with me on processing this important request.

Tom

---

**From:** Gramian, Nikki [mailto:nikki.gramian@dhs.gov]
**Sent:** Wednesday, November 28, 2007 5:21 PM
**To:** Jawetz, Tom
**Cc:** Gallo, Katherine
**Subject:** RE: OIG-2007-246

Dear Mr. Jawetz:

Thank you for the list of names you provided in the attached email. This will greatly help our office in conducting our search for records.

Regarding your request, I have an additional clarifying question. In your email below, you indicated that "while this chart would help to provide you with some names for your search, I am absolutely not abandoning my request for **all** records pertaining to the deaths of ICE detainees." As indicated to you on the phone, without a name or other search terms, OIG is unable to conduct a search to see which one of the "66" incidents (that you referenced in your FOIA request as reported by ICE), were investigated by OIG. Therefore, my interpretation of your email is you are asking OIG to search its offices for records pertaining to the ICE detainees **listed** on the attached form you produced and that you want all records for these incidents. If this interpretation is incorrect, please clarify it for me.

Also, in your email below, you stated: "[Y]ou explained that if I only want the Report of Investigation you will be able to process that in a fast-track basis. I assume this means that in response to my Nov. 5, 2007 letter you have now concluded that my request warrants expedited treatment." You also stated, "I am willing to accept expedited production of Reports of Investigation, although I would ask that you continue to search for all exhibits to the ROI, including any and all Memorandums of Activity". Please understand that the purpose of my call to you on November 14th was to seek information from you regarding the scope of your request and to request information from you regarding search terms. In no way did I mean to indicate or imply that your request will be processed in an expedited manner.

Finally, regarding the queue in which your request will be placed, your email below states that although you will accept OIG Reports of Investigations, you are still requesting "all records" as well. Once OIG conducts its search for the names you specified below, and once OIG evaluates the number of responsive records, the status of the investigations (i.e., whether open or closed), etc., OIG will be in a better position to assess the complexity of the requested records and notify you of the queue where your request is placed.

I appreciate your assistance and further clarification of your request.

-----Original Message-----
**From:** Jawetz, Tom [mailto:tjawetz@npp-aclu.org]
**Sent:** Wednesday, November 21, 2007 10:38 AM
**To:** Gramian, Nikki
**Cc:** OIG, FOIA
**Subject:** FW: OIG-2007-246
**Importance:** High

Email # 2
For Exhibit A

12/7/2007

encouraging reconsideration and her response granting me expedited processing. Please inform me whether the OIG also recognizes that this request meets the requirements and qualifies for expedited processing.

Thanks very much for working with me on processing this important request.

Tom

---

**From:** Gramian, Nikki [mailto:nikki.gramian@dhs.gov]
**Sent:** Wednesday, November 28, 2007 5:21 PM
**To:** Jawetz, Tom
**Cc:** Gallo, Katherine
**Subject:** RE: OIG-2007-246

Dear Mr. Jawetz:

Thank you for the list of names you provided in the attached email. This will greatly help our office in conducting our search for records.

Regarding your request, I have an additional clarifying question. In your email below, you indicated that "while this chart would help to provide you with some names for your search, I am absolutely not abandoning my request for **all** records pertaining to the deaths of ICE detainees." As indicated to you on the phone, without a name or other search terms, OIG is unable to conduct a search to see which one of the "66" incidents (that you referenced in your FOIA request as reported by ICE), were investigated by OIG. Therefore, my interpretation of your email is you are asking OIG to search its offices for records pertaining to the ICE detainees **listed** on the attached form you produced and that you want all records for these incidents. If this interpretation is incorrect, please clarify it for me.

Also, in your email below, you stated: "[Y]ou explained that if I only want the Report of Investigation you will be able to process that in a fast-track basis. I assume this means that in response to my Nov. 5, 2007 letter you have now concluded that my request warrants expedited treatment." You also stated, "I am willing to accept expedited production of Reports of Investigation, although I would ask that you continue to search for all exhibits to the ROI, including any and all Memorandums of Activity". Please understand that the purpose of my call to you on November 14th was to seek information from you regarding the scope of your request and to request information from you regarding search terms. In no way did I mean to indicate or imply that your request will be processed in an expedited manner.

Finally, regarding the queue in which your request will be placed, your email below states that although you will accept OIG Reports of Investigations, you are still requesting "all records" as well. Once OIG conducts its search for the names you specified below, and once OIG evaluates the number of responsive records, the status of the investigations (i.e., whether open or closed), etc., OIG will be in a better position to assess the complexity of the requested records and notify you of the queue where your request is placed.

I appreciate your assistance and further clarification of your request.

-----Original Message-----
**From:** Jawetz, Tom [mailto:tjawetz@npp-aclu.org]
**Sent:** Wednesday, November 21, 2007 10:38 AM
**To:** Gramian, Nikki
**Cc:** OIG, FOIA
**Subject:** FW: OIG-2007-246
**Importance:** High

Email # 2
For Exhibit A

12/7/2007

provide me with any estimate for the amount of time it will take to review the records if I do not agree to narrow the scope of the request?

Thanks very much,

Tom

Tom Jawetz
Immigration Detention Staff Attorney
ACLU National Prison Project
915 15th St. NW, 7th Floor
Washington, DC 20005
(202) 393-4930 (tel)
(202) 393-4931 (fax)
(202) 548-6610 (direct)


-----Original Message-----
From: Kuehn, Stephanie [mailto:Stephanie.Kuehn@dhs.gov]
Sent: Wednesday, March 19, 2008 11:22 AM
To: Jawetz, Tom
Cc: Gramian, Nikki
Subject: RE: OIG-2007-246

Mr. Jawetz,

We have completed our search for records responsive to your request (which includes Mr. Alvarez, named in your below email) and determined that OIG has approximately 500 pages of documents responsive to your request as it is written. Of the names you identified, OIG has investigated at least 10. Other names were associated with complaints that were not investigated by OIG and were referred elsewhere.

Because of the volume and complexity of many of the documents that must be reviewed to respond to your request, and because of our limited staff at this time, we must place your request back in the queue to await processing; however, should you wish to narrow the scope of your request to only include the Reports of Investigation (ROI) OIG created for the named individuals (excluding any attachments), we should be able to process your request in a more timely matter. Please feel free to contact me or Ms. Gramian should you have any questions.

Thank you,

Stephanie L. Kuehn
Office of Counsel
Office of Inspector General
Department of Homeland Security


-----Original Message-----
From: Jawetz, Tom <tjawetz@npp-aclu.org>
To: Gramian, Nikki <nikki.gramian@dhs.gov>
Sent: Tue Mar 18 09:20:19 2008
Subject: RE: OIG-2007-246

Ms. Gramian,

I am writing to check in on the status of the Office of Investigations search. Also, I recently learned of a detainee death at the Middlesex County Jail in New Jersey. According to the enclosed newspaper article, the detainee was held under the name Arturo Alvarez and he passed away on March 2, 2008 at St. Peter's University Hospital in New Brunswick, NJ. When he was in the Department of Corrections custody, he was held under the name Arturo Suarez-Almenares. As you can see from the article, Mark Vogler, Assistant Field Office Director for ICE's DRO office in Newark, NJ stated that the death was referred to ICE's internal affairs office--I do not know whrhter this means the death was referred to the OIG, OPR, OCRCL, or some other office.

Please add this man to the query that the Office of Investigat

Email # 3

For Exhibit A

9

Thanks very much.  I look forward to talking to you.

Tom

---

From: Gramian, Nikki [mailto:nikki.gramian@dhs.gov]
Sent: Friday, February 15, 2008 9:51 AM
To: Jawetz, Tom
Subject: RE: OIG-2007-246


Good Morning Mr. Jawetz:  I have asked the Office of Investigations to conduct a search for the names you produced.  I have received some interim search responses, but it is not completely done.  I will contact you as soon as it is completely done.  Thanks so much.

---

From: Jawetz, Tom [mailto:tjawetz@npp-aclu.org]
Sent: Friday, February 15, 2008 9:43 AM
To: Gramian, Nikki
Subject: RE: OIG-2007-246


Ms. Gramian,


I hope you are doing well.  I am writing to follow-up on our previous conversations, and to see whether you have any more information about when I can expect a response to my pending FOIA request.  Please let me know if the responsive records search has been conducted using the names and A#s that I provided and, if so, how extensive the production will be.


Best,

Tom


---

From: Gramian, Nikki [mailto:nikki.gramian@dhs.gov]
Sent: Friday, January 25, 2008 9:20 AM
To: Jawetz, Tom
Subject: RE: OIG-2007-246


Thank you Mr. Jawetz for the attached list.  I will use it to request a search of responsive records.  I will be in touch when I have a better idea of the volume of records.

> -----Original Message-----
> From: Jawetz, Tom [mailto:tjawetz@npp-aclu.org]
> Sent: Friday, January 25, 2008 9:14 AM
> To: Gramian, Nikki
> Subject: OIG-2007-246
>
> Dear Ms. Gramian,

10

-----Original Message-----
From: Jawetz, Tom [mailto:tjawetz@npp-aclu.org]
Sent: Wednesday, March 26, 2008 10:51 AM
To: Kuehn, Stephanie
Subject: RE: OIG-2007-246

Thanks Stephanie. One final question, then. If I were to file a separate request for the attachments, I assume I would be placed in the queue with a priority date of March 2008, rather than June 2007, right?
If I were to say today that I wanted the pending FOIA to proceed as written (the ROIs plus attachments) and it were put in the queue, would it be processed as a June 2007 FOIA or as a March 2008 FOIA?

Tom

-----Original Message-----
From: Kuehn, Stephanie [mailto:Stephanie.Kuehn@dhs.gov]
Sent: Wednesday, March 26, 2008 10:47 AM
To: Jawetz, Tom
Subject: RE: OIG-2007-246

Unfortunately we can't split up a request into different processing tracks. If you want us to process the ROI's without the attachments we can do so; however, you would then have to file a separate request for the attachments.

Stephanie

-----Original Message-----
From: Jawetz, Tom [mailto:tjawetz@npp-aclu.org]
Sent: Monday, March 24, 2008 11:05 AM
To: Kuehn, Stephanie
Cc: Gramian, Nikki; Gallo, Katherine
Subject: RE: OIG-2007-246

Thank you Stephanie,

I have one last question. Would it be at all possible to have the ROIs processed without the attachments on a fast-track basis, while putting the remainder of the request (the attachments) in the queue to await processing? If that is possible, that would be the best option given the circumstances.

Best,
Tom

-----Original Message-----
From: Kuehn, Stephanie [mailto:Stephanie.Kuehn@dhs.gov]
Sent: Wednesday, March 19, 2008 11:37 AM
To: Jawetz, Tom
Cc: Gramian, Nikki; Gallo, Katherine
Subject: RE: OIG-2007-246

Unfortunately, if the request is placed back in line for processing I can't estimate how long it will take to get to. Once it does come up in line I can say that processing just one complete ROI (with attachments) typically takes a lot of coordination with other entities and undergoes many levels of review which takes some time in itself. Since this request has at least 10 ROI's plus complaints and referrals, it could take quite a while to process.


-----Original Message-----
From: Jawetz, Tom [mailto:tjawetz@npp-aclu.org]
Sent: Wednesday, March 19, 2008 11:23 AM
To: Kuehn, Stephanie
Cc: Gramian, Nikki
Subject: RE: OIG-2007-246

Email # 4
For Exhibit A

Thank you for your response, Ms. Kuehn. I will definitely consider the options.

The nurse, Mr. Dela Pena, and the physician assistant, Mr. Chuley, said that only their superiors could discuss the case. The Public Health Service did not respond to questions, and the Corrections Corporation said medical decisions were the responsibility of the Public Health Service.

Mr. Bah's cousins demanded an autopsy, but the Union County medical examiner's confidential report was not completed until Dec. 6. It was sent to the county prosecutor's office only as a matter of routine, because the matter had been classified as an "unattended accident resulting in death."

Prosecutors said they did not investigate. "According to the report, Bah suffered a fall in the shower," Eileen Walsh, a spokeswoman for the prosecutors, said in an e-mail message. "We are not privy to any other bits of information."

In the home movies Mr. Bah made of his last journey home, he is only a fleeting presence: a slim man with a shy smile. But without his support, relatives in Africa say they have little money for food and none for his sons' schooling.

His body went back to Guinea in a sealed coffin.

"I stayed here seven years, waiting for him," his second wife, Mariama, said in French, recalling their long separation and the brief reunion that led to the birth of their son, now a toddler, while Mr. Bah was in detention.

"I wanted them to open the casket," she added, "to know if it was him inside. Until today, I cry for him."

---

From: Kuehn, Stephanie [mailto:Stephanie.Kuehn@dhs.gov]
Sent: Fri 4/25/2008 12:28 PM
To: Jawetz, Tom
Cc: Gallo, Katherine; Gramian, Nikki
Subject: RE: OIG-2007-246


Good afternoon Mr. Jawetz,

Thank you so much for your continued patience. Since we last spoke our office has been diligently working on our backlog of FOIA requests.
Unfortunately, I am unable to estimate when documents responsive to your request will be available for production as there are still several requests ahead of yours in the queue. We will begin reviewing the documents associated with your case once the requests ahead of yours have been satisfied.

As it pertains to Ahmed Tender, because our search is complete for your request #2007-246, you will need to submit a separate FOIA request for that information.

Thanks,
Stephanie


-----Original Message-----
From: Jawetz, Tom [mailto:tjawetz@npp-aclu.org]
Sent: Thursday, April 24, 2008 9:55 AM
To: Kuehn, Stephanie
Cc: Gallo, Katherine; Gramian, Nikki
Subject: RE: OIG-2007-246

Email # __5__
For Exhibit __A__

Stephanie,

I hope you are doing well. It has been one month since we last exchanged emails, and would like to request an update on the status of OIG-2007-246. As you probably know, the DHS OIG appears to be nearing the completion of a special review into two detainee deaths,

which suggests that this issue will become increasingly important to the public in the upcoming weeks and months. It would be very helpful to know whether you have an estimate of when the responsive documents will be ready for production.

I also wanted to request that the Office of Investigations run a quick search to find out whether there are any documents pertaining to a man named "Ahmed Tender". I was recently informed that Mr. Ahmed Tender (no A# known) died on or about September 9, 2005 at the Monmouth County Jail in New Jersey. This death was not included in the list of deaths produced to me by ICE in response to my FOIA request, so I was not able to provide the name to you at an earlier date. However, based upon the information that I have received, Mr. Tender was a detainee in ICE custody and he did pass away while in ICE custody during the relevant time frame, so documents pertaining to his death should be included in the documents produced.

Thanks very much. I look forward to hearing from you.

Tom

Tom Jawetz
Immigration Detention Staff Attorney
ACLU National Prison Project
915 15th St. NW, 7th Floor
Washington, DC 20005
(202) 393-4930 (tel)
(202) 393-4931 (fax)
(202) 548-6610 (direct)


-----Original Message-----
From: Kuehn, Stephanie [mailto:Stephanie.Kuehn@dhs.gov]
Sent: Wednesday, March 26, 2008 11:22 AM
To: Jawetz, Tom
Subject: RE: OIG-2007-246

We will certainly work on getting everything to you as quickly as possible. I will likely be processing this; however, if you want you could direct any further inquiries to both of us to be sure all bases are covered.


-----Original Message-----
From: Jawetz, Tom [mailto:tjawetz@npp-aclu.org]
Sent: Wednesday, March 26, 2008 11:01 AM
To: Kuehn, Stephanie
Subject: RE: OIG-2007-246

Thanks, Stephanie. With that understanding, I would like to keep the request as is. I appreciate your efforts to explain the process to me, and look forward to receiving the responsive records as quickly as possible.

If I would like to receive occasional updates on how the request is proceeding, should I direct those questions to you or to Ms. Gramian?

Tom

-----Original Message-----
From: Kuehn, Stephanie [mailto:Stephanie.Kuehn@dhs.gov]
Sent: Wednesday, March 26, 2008 10:58 AM
To: Jawetz, Tom
Subject: RE: OIG-2007-246

Correct...If you told me today that you wanted the ROIs processed with the attachments it would return to the queue as a June 2007 FOIA; however, if you submitted a separate request for the attachments, that request would be processed as a March 2008 request.

Stephanie

7