THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

---

AMERICAN CIVIL LIBERTIES UNION :

: Civil Action No. 08-1100

: (RBW)

Plaintiff, :

:

v. :

:

UNITED STATES DEPARTMENT OF :

HOMELAND SECURITY, et al. :

:

Defendants :

---

**DECLARATION OF RUBY SHELLAWAY IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY FEES**

I, Ruby Shellaway, declare the following to be a true and correct statement of facts:

1)   I am an Attorney Advisor in the United States Department of Homeland Security ("DHS" or "the Department") Office of General Counsel, assigned to the Office for Civil Rights and Civil Liberties ("CRCL"). I have been licensed to practice law in Virginia since 2005.

1

2) I am personally familiar with the actions taken by CRCL when reviewing the documents referenced in the Court's memorandum opinion and order of September 20, 2010, Dkt. # 39, 40. The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith. If called as a witness, I could testify competently as to the facts set forth in this declaration.

3) CRCL is submitting this declaration in conjunction with its opposition to Plaintiff's Motion for Attorneys Fees, Dkt. # 43.

4) CRCL makes all determinations regarding FOIA releases consistent with the applicable legal precedent and federal policies at the time of the release in question.

5) Between September 20, 2010 and December 20, 2010, CRCL reviewed the documents indicated in the Court's memorandum opinion and order of September 20, 2010, Dkt. # 39, 40, under the currently prevailing standards for FOIA releases. This included considering the new Federal FOIA memorandum issued by the President, in his January 21, 2009 statement, 74 Fed. Reg. 4683 (Jan. 21, 2009), and the Attorney General's March 19, 2009 Memorandum for the Heads of Executive Departments and Agencies re: FOIA, from the Attorney General (Mar. 19, 2009), *available at* http://www.justice.gov/ag/foia-memo-march2009.pdf. Those documents encouraged federal agencies to adopt a presumption in favor of disclosure, and stated that federal agencies should not withhold information simply because they could do so legally, but should make discretionary disclosures when possible. 74 Fed. Reg. at 4683; Mem. from Att'y Gen at 1.

6) CRCL made discretionary releases, to the extent possible and in compliance with the President's and Attorney General's direction and guidance, for the four documents discussed in its December 20, 2010 filing with the court. Dkt. # 41-2, Shellaway Decl., ¶¶ 15-43.

7) CRCL chose to make discretionary releases, in compliance with the President's direction and the Attorney General's guidance, of the following pages, in full or in part, for each of the four documents:

   a) Case Opening Memorandum (4 pages in length): Released 3 of 4 pages in full; redacted in part 1 page.

   b) Investigator Notes (102 pages in length): Released 7 of 102 pages in full; released 24 pages redacted in part; withheld 71 pages in full

   c) (Medical) Expert Report (123 pages in length): Withheld in full

   d) "Final" Report/Memorandum (10 pages in length): Released 9 of 10 pages redacted in part; withheld 1 page in full.

8) In total, CRCL released, in whole or in part, 9 pages of the 133 pages in the documents discussed in the Court's September 20, 2010 order. Dkt. # 39 at 1. In total, CRCL released, in whole or in part, 44 pages of the 239 pages in the documents discussed in the Court's September 20, 2010 memorandum opinion. Dkt. # 40 at pp. 25-33; Dkt. # 41-3.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

*[signature]*
Ruby Z. Shellaway

Date: June 17, 2011