# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 11-5318**  **September Term 2011**

1:08-cv-01100-RBW

Filed On: February 3, 2012 [1356487]

American Civil Liberties Union,

    Appellee

v.

United States Department of Homeland Security, et al.,

    Appellants

## ORDER

Upon consideration of appellants' motion to dismiss the appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY: /s/
    Mark A. Butler
    Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By _____ Deputy Clerk